# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | No. 26-1844. O.R. et al. v. Greenville Cnty. Library Sys. et al. |
| **Originating No. & Caption** | No. 6:25-cv-02599-DCC. O.R. et al. v. Greenville Cnty. et al. |
| **Originating Court/Agency** | United Stated District Court for the District of South Carolina |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1292(b) | |
| Time allowed for filing in Court of Appeals | N/A | |
| Date of entry of order or judgment appealed | March 19, 2026 | |
| Date notice of appeal or petition for review filed | July 2, 2026 (see Dkt. 2 at 2) | |
| If cross appeal, date first appeal filed | N/A | |
| Date of filing any post-judgment motion | N/A | |
| Date order entered disposing of any post-judgment motion | N/A | |
| Date of filing any motion to extend appeal period | N/A | |
| Time for filing appeal extended to | N/A | |
| Is appeal from final judgment or order? | ○ Yes | ◉ No |
| If appeal is not from final judgment, why is order appealable? The Court granted Appellants' petition for interlocutory appeal under 28 U.S.C. § 1292(b) and Fed. R. App. P. 5. See Order (Dkt. 2), July 2, 2026. | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ◉ No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ◉ No |
| Has transcript been filed in district court? | ◉ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | No. 26-178 (Pet'n for Interlocutory Appeal) | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | N/A | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ◉ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Plaintiffs filed this suit asking the court to substitute its own judgment for that of library officials regarding what books to put on the shelves of Greenville County (SC) libraries and where to put them. Plaintiffs asserted a constitutional right to receive information of their choosing in public libraries, and they claimed that Defendants' collection and shelving decisions and policies violated that supposed right and subjected them to disparate treatment. |
| The LIbrary Defendants moved to dismiss the case, arguing in part that Plaintiffs lack a constitutional right to receive information from the government, that library curation decisions are government speech that's not subject to the Free Speech clause, and that a policy treating every similarly-situated patron equally and resting on reasonable, non-discriminatory bases does not violate the Equal Protection Clause. |
| The district court granted in part the motion to dismiss, but did not agree with the Library Defendants' doctrinal arguments about the lack of a right to recieve information from the government, the applicability of the government speech doctrine, and the unavailability of an equal protection argument when all are treated alike. |
| The Library Defendants requested, and the district court granted, certification of the order. The Library Defendants then requested, and this Court granted, permission to immediately appeal from the district court's order. This appeal followed. |

**Issues** (Non-binding statement of issues on appeal.  Attach additional page if necessary)

1. Whether public library patrons have a positive constitutional right to receive information from the government such that a public library may not relocate books or limit minors' access to them based on the books' contents or viewpoints.

2. Whether a public library's collection decisions, including the addition, removal, or relocation of books within the collection, are government speech that is not subject to the Free Speech Clause.

3.  Whether a public library's collection decisions conform with the Equal Protection Clause when they rest on rational, non-discriminatory reasons and apply equally to all similarly-situated library patrons, regardless of the patrons' sexual orientation or gender identity.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel.  Attach additional page if necessary.)

| Adverse Party: See attached | Adverse Party: See attached |
|---|---|
| Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Adverse Parties (continued)**

| Adverse Party: See attached | Adverse Party: See attached |
|---|---|
| Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: See attached<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name: See attached<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** | |
| Name: See attached<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name: See attached<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s/ Miles E. Coleman          **Date:**          July 6, 2026

**Counsel for:** Greenville County Library System, Beverly James, and Karen Allen

| **Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown: | |
|---|---|
| [This document has been served on all of Plaintiffs-Appellees' counsel by CM/ECF.] | |
| Signature: /s/ Miles E. Coleman | Date: July 16, 2026 |

**Adverse Parties and their counsel:**

O.R., by and through his parents, Cheryl Rogers and Greg Rogers, on behalf of himself and those similarly situated

    Joshua A. Block
    Direct: 212-549-2593
    Email: jblock@aclu.org
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    18th Floor, 125 Broad Street
    New York, NY 10004

    David Allen Chaney, Jr.
    Direct: 864-372-6681
    Email: achaney@aclusc.org
    ACLU OF SOUTH CAROLINA
    P. O. Box 1668
    Columbia, SC 29202

    Shana Adele Knizhnik
    Direct: 917-716-0609
    Email: sknizhnik@aclu.org
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    18th Floor, 125 Broad Street
    New York, NY 10004

CHERYL ROGERS

    Joshua A. Block
    (see above)

    David Allen Chaney, Jr.
    (see above)

    Shana Adele Knizhnik
    (see above)

GREG ROGERS

    Joshua A. Block
    (see above)

    David Allen Chaney, Jr.
    (see above)

    Shana Adele Knizhnik
    (see above)

E.G., by and through her mother, Amber Galea, on behalf of herself and those similarly situated

> Joshua A. Block
> (see above)
>
> David Allen Chaney, Jr.
> (see above)
>
> Shana Adele Knizhnik
> (see above)

M.G., by and through her mother, Amber Galea

> Joshua A. Block
> (see above)
>
> David Allen Chaney, Jr.
> (see above)
>
> Shana Adele Knizhnik
> (see above)

W.M., by and through his mother, Kersey Clark

> Joshua A. Block
> (see above)
>
> David Allen Chaney, Jr.
> (see above)
>
> Shana Adele Knizhnik
> (see above)

## **Appellants and their counsel:**

GREENVILLE COUNTY LIBRARY SYSTEM

> Miles Edward Coleman
> Direct: 864-373-2352
> Email: miles.coleman@nelsonmullins.com
> NELSON MULLINS RILEY & SCARBOROUGH, LLP
> 2 West Washington Street, 4th Floor
> Greenville, SC 29601
>
> James Nathan Ozmint
> Direct: 864-213-4146
> Email: jnozmint@wjcblaw.com
> WILLSON JONES CARTER & BAXLEY, P.A.
> 325 Rocky Slope Road, Suite 201
> Greenville, SC 29607

John Patrick Riordan
Direct: 864-672-3721
Email: jpriordan@wjcblaw.com
WILLSON JONES CARTER & BAXLEY, P.A.
325 Rocky Slope Road, Suite 201
Greenville, SC 29607

Charles Franklin Turner, Jr.
Direct: 864-672-3711
Email: cfturner@wjlaw.net
WILLSON JONES CARTER & BAXLEY, P.A.
325 Rocky Slope Road, Suite 201
Greenville, SC 29607

BEVERLY JAMES, in her official capacity as Executive Director of the Greenville County Library System

Miles Edward Coleman
(see above)

James Nathan Ozmint
(see above)

John Patrick Riordan
(see above)

Charles Franklin Turner, Jr.
(see above)

KAREN ALLEN, in her official capacity as Youth Services Manager of the Greenville County Library System

Miles Edward Coleman
(see above)

James Nathan Ozmint
(see above)

John Patrick Riordan
(see above)

Charles Franklin Turner, Jr.
(see above)