No. 26-1844

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

O.R., by and through his parents, Cheryl Rogers and Greg Rogers, on behalf of himself and those similarly situated; CHERYL ROGERS; GREG ROGERS; E.G., by and through her mother, Amber Galea, on behalf of herself and those similarly situated; M.G., by and through her mother, Amber Galea; and W.M., by and through his mother, Kersey Clark,

*Plaintiffs-Appellees*,

v.

GREENVILLE COUNTY LIBRARY SYSTEM; BEVERLY JAMES, in her official capacity as Executive Director of the Greenville County Library System, and KAREN ALLEN, in her official capacity as Youth Services Manager of the Greenville County Library System,

*Defendants-Appellants.*

On Appeal from the United States District
Court for the District of South Carolina
Case No. 6:25-cv-02599-DCC

# DEFENDANTS-APPELLANTS' CONSENT MOTION FOR AN EXTENSION OF THE DEADLINE FOR THE OPENING BRIEF AND JOINT APPENDIX

WILSON JONES CARTER & BAXLEY, P.A.
Charles F. Turner, Jr.
J. Nathan Ozmint
325 Rocky Slope Rd. / Suite 201
Greenville, SC 29607
(864) 672-3711

NELSON MULLINS RILEY & SCARBOROUGH LLP
Miles E. Coleman
2 West Washington Street / Suite 400
Greenville, SC 29601
(864) 373-2300
miles.coleman@nelsonmullins.com

*Counsel for Defendants-Appellants Greenville County Library System, Beverly James, in her official capacity as Executive Director of the Greenville County Library System, and Karen Allen, in her official capacity as Youth Services Manager of the Greenville County Library System*

Pursuant to Federal Rule of Appellate Procedure 26(b), Local Rule 31(c), and for good cause shown, Defendants-Appellants request a 30-day extension of time in which to file their Opening Brief and the Joint Appendix. In support of the motion, counsel states as follows:

1. At present, the Joint Appendix and Defendants-Appellants' Opening Brief are due on August 25, 2026 (*see* Dkt. No. 9).

2. Defendants-Appellants seek an extension of this deadline due to counsels' other deadlines and professional responsibilities, which include the following litigation obligations and briefing deadlines that have been or will be due within or shortly after the current time period for the preparation and filing of the Opening Brief and Joint Appendix in this appeal: a Motion to Dismiss and a forthcoming Reply in *S.C. Ass'n of Sch. Librarians et al. v. Weaver et al*., 3:25-cv-12857-SAL (D.S.C.); the Initial Brief of Appellant in *Crowder v. Cedar Grove Baptist Church*, No. 25-002548 (S.C. Ct. App.); Defendants-Appellants' Response to Plaintiffs-Appellees' Objection to the Docketing Statement in this appeal; a Reply Brief in *Assist Wireless L.L.C. et al. v. Fed. Comm. Comm'n et al*., No. 26-60057 (5th Cir.); out-of-town depositions for the majority of the first two weeks of August 2026; a federal district court trial set to begin August 17, 2026 in *White v. Morrell et al*., No. 9:24-cv-03821-CMC (D.S.C.); pre-scheduled out-of-town professional travel on August 26, 2026; an out-of-town administrative hearing on August 27,

2026 in *Pickens County Shelter of Hope v. City of Pickens, SC*; and preparation to attend and argue an out-of-town hearing on August 31, 2026 in multiple centralized suits in South Carolina trial court involving the denominational disaffiliation of scores of Methodist churches. The foregoing obligations cumulatively have delayed and will continue to delay Defendants-Appellants' counsel in the preparation of the Opening Brief and Joint Appendix in this appeal.

3. If the extension is granted, the new deadline for Defendants-Appellants' Opening Brief and the Joint Appendix will be September 24, 2026. The deadline for Plaintiffs-Appellees' Response Brief should concurrently be adjusted to October 24, 2026 to maintain the current spacing of the briefs (*see* Dkt. No. 9 (setting the deadline for the Response Brief on the date 30 days after the Opening Brief)). The deadline for the Reply Brief will be automatically adjusted (*see id.* (noting that any Reply Brief is due "[w]ithin 21 days of service of response brief.")).

4. This deadline has not previously been extended.

5. The requested extension will not prejudice any party.

6. Counsel for Plaintiffs-Appellees have consented to this request.

Respectfully submitted,

/s/ Miles E. Coleman

Miles E. Coleman
NELSON MULLINS RILEY & SCARBOROUGH LLP
2 West Washington Street / Suite 400
Greenville, SC 29601
(864) 373-2300
miles.coleman@nelsonmullins.com

Charles F. Turner, Jr.
J. Nathan Ozmint
WILSON JONES CARTER & BAXLEY, P.A.
325 Rocky Slope Rd. / Suite 201
Greenville, SC 29607
(864) 672-3711
cfturner@wjcblaw.com
jnozmint@wjcblaw.com

*Counsel for Defendants-Appellants Greenville County Library System; Beverly James, in her official capacity as Executive Director of the Greenville County Library System, and Karen Allen, in her official capacity as Youth Services Manager of the Greenville County Library System*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(a) because it contains 422 words. This motion complies with the typeface and typeset requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: August 11, 2026

/s/ Miles E. Coleman
Miles E. Coleman

*Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that on August 11, 2026, a true and correct copy of this motion was filed electronically using the Court's Electronic Case Filing System, which will effect service on all counsel of record.

Dated: August 11, 2026

/s/ Miles E. Coleman
Miles E. Coleman

*Counsel for Defendants-Appellants*