FILED: September 25, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-1844
(6:25-cv-02599-DCC)

O.R., by and through his parents, Cheryl Rogers and Greg Rogers, on behalf of himself and those similarly situated; CHERYL ROGERS; GREG ROGERS; E.G., by and through her mother, Amber Galea, on behalf of herself and those similarly situated; M.G., by and through her mother, Amber Galea; W.M., by and through his mother, Kersey Clark

Plaintiffs - Appellees

v.

GREENVILLE COUNTY LIBRARY SYSTEM; BEVERLY JAMES, in her official capacity as Executive Director of the Greenville County Library System; KAREN ALLEN, in her official capacity as Youth Services Manager of the Greenville County Library System

Defendants - Appellants

and

GREENVILLE COUNTY, SC

Defendant

------------------------------

AMERICA FIRST LEGAL FOUNDATION

Amicus Supporting Appellant

# O R D E R

America First Legal Foundation has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

America First Legal Foundation is directed to file a disclosure statement within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk