FILED: October 1, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1844
(6:25-cv-02599-DCC)

---

O.R., by and through his parents, Cheryl Rogers and Greg Rogers, on behalf of himself and those similarly situated; CHERYL ROGERS; GREG ROGERS; E.G., by and through her mother, Amber Galea, on behalf of herself and those similarly situated; M.G., by and through her mother, Amber Galea; W.M., by and through his mother, Kersey Clark

Plaintiffs - Appellees

v.

GREENVILLE COUNTY LIBRARY SYSTEM; BEVERLY JAMES, in her official capacity as Executive Director of the Greenville County Library System; KAREN ALLEN, in her official capacity as Youth Services Manager of the Greenville County Library System

Defendants - Appellants

and

GREENVILLE COUNTY, SC

Defendant

------------------------------

AMERICA FIRST LEGAL FOUNDATION

Amicus Supporting Appellant

# O R D E R

The court grants an extension of the briefing schedule as follows:

Response brief due: 11/25/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk